# STATE OF LOUISIANA

# COURT OF APPEAL, FIRST CIRCUIT

STATE OF LOUISIANA

VERSUS

ROBERT C. MEADS, JR.

NO. 2022 KW 0794

**SEPTEMBER 12, 2022**

---

In Re:   Robert C. Meads, Jr., applying for supervisory writs, 32nd Judicial District Court, Parish of Terrebonne, No. 290,742.

---

**BEFORE:   WELCH, PENZATO, AND LANIER, JJ.**

   **WRIT DENIED.** The Office of the Clerk of Court of Terrebonne Parish has no record of receiving a Motion to Correct an Illegal Sentence.   Relator should file the motion with the district court before seeking relief from this court.

**JEW
AHP
WIL**

COURT OF APPEAL, FIRST CIRCUIT

a.Sn0
_____
DEPUTY CLERK OF COURT
    FOR THE COURT